# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of Hayward Baker Inc., a Delaware corporation,<br><br>                           Plaintiff(s),<br><br>    v.<br><br>WALSH CONSTRUCTION COMPANY, an Illinois corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Bond No. 106432589, a Connecticut corporation,<br><br>                           Defendant(s). | Case No. 3:19-cv-06213-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL, WITH PREJUDICE AND WITHOUT COSTS** |

By "Stipulated Motion for Dismissal, With Prejudice and Without Costs," Plaintiff Hayward Baker Inc. ("HBI"), Defendant Walsh Construction Company ("Walsh") and Defendant Travelers Casualty and Surety Company of America ("Travelers") agree that the above titled cause of action can be dismissed, with prejudice and without costs or fees to any party. Based on the parties' stipulation, IT IS HEREBY ORDERED:

\\

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL - 1

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

1. The above titled cause of action is DISMISSED WITH PREJUDICE and without fees or costs to any party.

2. This case shall be CLOSED.

IT IS SO ORDERED.

DATED this 12th day of May, 2021

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL - 2

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020